IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA M. FEATHERSTON**                                                                                           **PLAINTIFF**
ADC #154947

v.                                  CASE NO. 4:21-CV-00011-BSM

**CARL LEWIS,** *et al.*                                                                                                   **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 6] is adopted. Joshua M. Featherston's motion to correct [Doc. No. 5] is granted. Accordingly, his retaliation claims against Carl Lewis are dismissed without prejudice.

IT IS SO ORDERED this 22nd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE