# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA M. FEATHERSTON**　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #154947

v.　　　　　　　　　　**CASE NO. 4:21-CV-00011-BSM**

**CARL LEWIS,** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 39] is adopted. Joshua Featherston's motion for clarification [Doc. No. 42] is granted, and the clerk is directed to send Featherston a copy of docket entry 34. Carl Lewis, Lisa D. Childress, and Michael M. Lowe's motion for summary judgment [Doc. No. 24] is granted. All other motions are denied as moot, and this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE