# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA M. FEATHERSTON**　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #154947

v.　　　　　　　　CASE NO. 4:21-CV-00011-BSM

**CARL LEWIS,** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE